

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Upshur County Appraisal District, Appellant | Appeal from the 115th District Court of Upshur County, Texas (Tr. Ct. No. 475-17). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |
| No. 06-20-00075-CV     v. | |
| Mustang Gas Compression, LLC, Appellee | |

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellant, Upshur County Appraisal District, pay all costs in accordance with the parties' settlement agreement.

RENDERED APRIL 7, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk